UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JONATHAN EDWARD SWINSON, | ) | CIVIL ACTION NO. 4:21-CV-11 |
| Plaintiff | ) | |
| | ) | |
| v. | ) | |
| | ) | (ARBUCKLE, M.J.) |
| KILOLO KIJAKAZI, | ) | |
| Defendant | ) | |

ORDER

In accordance with the accompanying memorandum opinion, it is ORDERED

that:

(1)    The final decision of the Commissioner is VACATED.

(2)    This case is REMANDED to the Commissioner for further proceedings
pursuant to sentence four of 42 U.S.C. § 405(g).

(3)    Final judgment will be issued in favor of Jonathan Edward Swinson by
separate order.

(4)    The Clerk of Court is DIRECTED to CLOSE this case.


Date: September 9, 2022                   BY THE COURT

                                          *s/William I. Arbuckle*
                                          William I. Arbuckle
                                          U.S. Magistrate Judge